# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff.<br><br>  v.<br><br>Jesse SCHAUB,<br><br>                     Defendant. | Case No.<br><br>COMPLAINT FOR VIOLATION OF<br><br>Title 8, U.S.C., Section 1324(a)(1)(A)(ii)<br>Transportation of Illegal Aliens (Felony) |

The undersigned complainant being duly sworn states:

On or about May 9, 2024, within the Southern District of California, defendant Jesse SCHAUB, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien, Melji Omar GOMEZ-Aguilar, had come to, entered or remained in the United States in violation of law, did transport or move, or attempt to transport or move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____, BPA
ABEL RODRIGUEZ
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 10th day of May, 2024.

_____
HON. LUPE RODRIGUEZ JR.
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jesse SCHAUB

**STATEMENT OF FACTS**

The Complaint and Statement of Facts are based upon statements in the investigative report by Border Patrol Agent-Intelligence (BPA-I) L. Heipt that on May 9, 2024, Jesse SCHAUB (SCHAUB), a United States citizen, was arrested near El Centro, California, while transporting one undocumented alien in violation of Title 8, United States Code, Section 1324.

On May 9, 2024, Border Patrol Agents - Intelligence assigned to the El Centro Sector Intelligence Anti-Smuggling Unit Group #2 (ASU) were conducting surveillance in Calexico, California. At approximately 6:55 p.m., the Remote Video Surveillance System Operator (V1) observed one individual climb up the United States/Mexico International Boundary Fence (IBF), scale down the IBF into the United States and begin crawling north.

While ASU Agents were positioned near Anza Road in the residential neighborhood north of the New River, V1 and ASU Agents watched as the suspected illegal alien crawled to Anza Road, ran across Anza, jumped over a chain link fence, and ran through the airport property towards the New River. At this time, a Customs and Border Protection helicopter (Troy) arrived on scene and initiated surveillance from above. V1, ASU Agents, and Troy watched as the individual, later identified as Melji Omar GOMEZ-Aguilar (GOMEZ), slid down the embankment towards the south bank of the New River and began walking westbound along the New River. As GOMEZ continued walking westbound, Troy advised

ASU Agents that he had climbed back up the embankment and was now walking westbound above the New River on an agricultural road towards Highway 98.

As GOMEZ continued walking towards Highway 98, ASU Agents maintained constant visual on GOMEZ as he continued walking towards Highway 98 until he was hiding in a bush. After approximately thirty minutes, Troy informed ASU Agents that GOMEZ stood up, walked to the northside of Highway 98, and a sedan slowed down, pulled over and came to a complete stop. As the sedan stopped, GOMEZ entered the sedan and the sedan continued travelling westbound on Highway 98. Agents kept constant visual on the sedan as it travelled toward Dogwood Road.

As the sedan, bearing California license plates, was travelling northbound on Dogwood Road, Agents immediately recognized this vehicle as a Dodge regularly driven by SCHAUB, a known alien smuggler from prior arrests and encounters. Troy and ASU Agents continued to keep constant visual on the Dodge as it travelled to a residence in El Centro, California which ASU Agents immediately recognized from a prior arrest.

As the Dodge parked in the alley behind the residence, Troy informed ASU Agents that SCHAUB exited the Dodge, looked back into the Dodge, then walked to the southside of the alley where a second male individual was observed meeting with SCHAUB and opening a gate for him. After the gate was opened, SCHAUB entered the driveway and began conversing with this individual. While they were conversing in the driveway, ASU Agents drove into the alley, activated the emergency lights of their unmarked service vehicles, and approached SCHAUB and the Dodge. After identifying themselves as BPAs,

4

ASU Agents detained SCHAUB and GOMEZ. SCHAUB's citizsenship was known to Agents from prior encounters and BPA-I A. Tapia approached and questioned GOMEZ as to his citizenship. GOMEZ admitted he is a citizen of Guatemala illegally present in the United States. GOMEZ readily admitted he made an illegal entry from Mexico into the United States by climbing the border fence in an area other than through a designated Port of Entry. Agents placed SCHAUB and GOMEZ under arrest.

During a search incident to arrest of SCHAUB, ASU Agents discovered two bags of a crystal substance and a white powdered substance and one glass pipe in SCHAUB's pocket. The crystal substance tested positive for methamphetamine and weighed 3.3 grams. The white powdered substance tested positive for cocaine and weighed 0.7 grams.

SCHAUB was advised of his Miranda rights and agreed to speak with Agents without an attorney present. SCHAUB said he just made a mistake today. SCHAUB then asked if he was going to jail, and it was explained to him that the attorneys decide whether a person is being prosecuted and the Agents just gather facts and evidence. SCHAUB stated that he did not want to speak further and the interview was terminated.

Material Witness GOMEZ stated he is a citizen of Guatemala and currently resides in Guatemala. GOMEZ stated that he does not have any legal documents allowing him to live, work or remain in the United States legally. GOMEZ stated he made arrangements while in Guatemala with a friend. GOMEZ stated he agreed to pay around 125,000 Quetzales ($16,000 USD) to be illegally smuggled into the United States. GOMEZ stated his destination was Plano, Texas to work as a gardener. GOMEZ stated he climbed the

fence with a ladder and he was being guided via phone on where to go. GOMEZ stated he reached a road and waited hiding in a brush near a bridge when a black car stopped next to the bridge and he boarded the vehicle. GOMEZ stated he observed a male driver and did not talk to him. GOMEZ stated he was later arrested.

The complainant states the name of the Material Witness is as follows:

| **NAME** | **PLACE OF BIRTH** |
|---|---|
| Melji Omar GOMEZ-Aguilar | Mexico |

Further, complainant states that the Material Witness is a citizen of a country other than the United States; that said alien has admitted that he is deportable; that his testimony is material; that it is impracticable to secure his attendance at trial by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.